EMPIRE PRODUCE COMPANY et al., Appellants, *v.* HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., et al., Defendants, and EUGENE BURNS et al., Respondents.

*Stocks and stockholders — corporations — creditors' suit — action by creditors of bankrupt corporation to recover amounts unpaid on capital stock.*

*Granger & Co.* v. *Allen,* 214 App. Div. 367, affirmed.

(Argued January 20, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 25, 1925, modifying and affirming as modified a judgment in favor of defendants entered upon the report of a referee. The action was brought by creditors of a bankrupt corporation to recover, under section 56 of the Stock Corporation Law, from alleged holders of capital stock, not fully paid for, the amounts due thereon.

*John Griffin* and *Harry K. Brown* for appellants.

*James O. Sebring* and *George A. King* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.